**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:24-cv-00054-TFM-B** |
| | ) | |
| **DONALD TAYLOR and JUSTIN WELLS; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# PLAINTIFF'S NOTICE OF FILING EVIDENTIARY MATERIALS

Plaintiff Patricia White submits evidentiary materials in support of her response to Defendants' Motion for Summary Judgment as follows:

| **Exhibit** | **Description** |
|---|---|
| A. | Corporal Donald Taylor Body Camera Video |
| B. | Donald Taylor Dash Camera Video |
| C. | Corporal Justin Wells Dash Camera Video |
| D. | Justin Wells Body Camera Video 1 |
| E. | Justin Wells Body Camera Video 2 |
| F. | Deposition Excerpts of Tywone Johnson |
| G. | Deposition Excerpts of Justin Wells |
| H. | Deposition Excerpts of Patricia White |
| I. | Deposition Excerpts of Donald Taylor |
| J. | Deposition Excerpts of Devin O'Shea |
| K. | Certified Medical Records from Mobile Infirmary |

| | |
|---|---|
| L. | Certified Medical Records from Eastern Shore Urgent Care |

Respectfully submitted,

Attorney for Plaintiff,

/s/ *Joseph S. Dennis*
JOSEPH S. DENNIS (ASB-5590-E61D)
TAYLOR MARTINO, P.C.
455 Saint Louis Street, Suite 2100
Mobile, Alabama 36602
Telephone: (251) 433-3131
Facsimile: (251) 433-4207
Email: joseph@taylormartino.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 24th day of March, 2025, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys who have appeared in this case:

*/s/ Joseph S. Dennis*