IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

CASE NO.: 1:24-cv-00054-TFM-B

PATRICIA WHITE,

Plaintiff(s),

vs,

DONALD TAYLOR and

JUSTIN WELLS; et al.,

Defendant(s).

ZOOM VIDEO

DEPOSITION TESTIMONY OF:

JOHN RYAN

November 26, 2024

10:00 a.m.

REPORTED BY: Tami S. Guthans, CCR

EXHIBIT

C

the fact of the matter is this is how it's trained today, this is how FLETC suggested it be trained, which is the Federal Law Enforcement Training Center; it's the way I certify hundreds and hundreds of force analysts and force instructors.

So the force continuum has been criticized, because it pigeon holes use of force; it doesn't recognize there's a range of force, and it doesn't recognize that there's a range of officers. You know, in some instances, a smaller, less -- less skilled officer maybe had a physical threat placed on him before a more skilled officer who is a bigger officer.

So Graham in some sense or the three-part test that's been adopted in training and policy recognizes that, because they recognize it as a range of threat, depending on what the particular totality of circumstances is.

**Q.** And let me -- You mentioned FLETC. Is there -- Did you review -- You read the