**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  1:24-cv-54-TFM-B** |
| | ) | |
| **DONALD TAYLOR,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the Memorandum Opinion and Order that was entered in this matter on September 25, 2025 (Doc. 96), **JUDGMENT** is hereby entered in favor of Defendants Donald Taylor and Justin Wells and against Plaintiff Patricia White as to all of her claims that were brought in this matter.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 25th day of September 2025.

<u>/s/ Terry F. Moorer</u>
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE